UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY, | : | No. 1:22-CV-01087 |
| Plaintiff, | : | Judge Pamela A. Barker |
| v. | : | Magistrate Judge Jonathan Greenburg |
| FIRE-DEX LLC, | : | **ADMIRAL INSURANCE COMPANY NOTICE OF APPEAL** |
| Defendant. | : | |

Plaintiff Admiral Insurance Company appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order dated October 31, 2022 (ECF 21) and the Order of Case Dismissal entered on October 31, 2022 (ECF 22), the latter of which was a final judgment in the case.

Respectfully Submitted,

*s/ David W. Walulik*
David W. Walulik
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800 (phone)
(513) 651-6981 (facsimile)
dwalulik@fbtlaw.com (e-mail)

Attorneys for Plaintiff,
Dated: November 28, 2022       Admiral Insurance Company

## **CERTIFICATE OF SERVICE**

I certify that on November 28, 2012, a copy of the foregoing was served upon the following counsel of record via the Court's ECF system, by electronic mail, and by United State mail:

| | |
|---|---|
| Justin S. Greenfelder<br>Jude B. Streb<br>Buckingham Doolittle & Burroughs, LLC<br>4277 Munson Street, NW<br>Canton, Ohio 44718<br>(330) 492-8717<br>jgreenfelder@bdblaw.com<br>jstreb@bdblaw.com | Fire-Dex LLC |

/s/ David W. Walulik
David W. Walulik

0119409.0755167  4872-9797-0495v1